# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0005
Lower Tribunal Nos. 93-CF-1764, 93-CF-1765, 93-CF-1766, 93-CF-1767,
93-CF-1768, 93-CF-1812, 93-CF-1841, 93-CF-1885,
93-CF-2664, 93-CF-3792, 94-CF-99

_____

JEFFREY CALVIN ATKINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

May 15, 2026

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 & n.13 (Fla.),
*cert. denied*, 145 S. Ct. 2789 (2025).

WHITE, SMITH and MIZE, JJ., concur.


Jeffrey Calvin Atkinson, Zephyrhills, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief
Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED